# Exhibit 8

U.S. Patent No. 8,863,219
On screen television input management
Accused Instrumentality: Cox TV

| Claim Language | Accused Instrumentality |
|---|---|
| 1. A method for on-screen managing and navigating television system functionality and input source selection, the method comprising: | Cox Television system allows users to navigate through apps, channels, etc. It also allows user to select input source for the channel to view.<br><br><br><br>https://www.cox.com/residential/tv.html<br><br>https://www.cox.com/residential/tv/tv-equipment.html<br><br>// Select the option for TV on the menu displayed on the screen. It may be labeled Cable TV, CATV, CAB, Input 1, Video 1, Antenna 1, AV1, HDMI, DVI<br><br>https://www.cox.com/content/dam/cox/residential/support/tv/print_media/contour_users_manual.pdf, Page 16 of 16 |

| Claim Language | Accused Instrumentality |
|---|---|
|  |  https://www.cox.com/residential/education-center/tv/troubleshooting.html Timestamp: 0:59/1:07 |
| identifying each of a plurality of input signals from a plurality of input sources, each of the plurality of input sources connected to a television system, | The Cox TV system automatically detects the signals from multiple sources ("identifying each of plurality of input signals") e.g. cable, HDMI inputs, DVI, CATV etc. https://www.cox.com/residential/support/connecting-a-receiver-to-a-television.html |

2

| Claim Language | Accused Instrumentality |
|---|---|
| |  |

| Claim Language | Accused Instrumentality |
|---|---|
| |  https://www.cox.com/residential/education-center/tv/troubleshooting.html Timestamp: 0:59/1:07 |
| wherein each of the plurality of input signals is unique to each of the plurality of input sources, and the television system identifies each of the plurality of input signals by analyzing each of the plurality of input signals; | In the exemplary case – multi input sources can be connected to the multiple ports.<br><br>**Checking Your TV Settings for Correct Input**<br>// Press the 'INPUT' button (may be labeled TV/VIDEO, SOURCE or Antenna) on the TV or the remote control that came with the TV.<br>// Select the option for TV on the menu displayed on the screen. It may be labeled Cable TV, CATV, CAB, Input 1, Video 1, Antenna 1, AV1, HDMI, DVI or another name. Check your TV user manual.<br>// Usually, the label describes the type of connection from the digital receiver to the TV (such as cable, AV, HDMI, DVI or component).<br>// Or select each option one at a time, returning to live TV to see if the option restored the picture.<br>https://www.cox.com/content/dam/cox/residential/support/tv/print_media/contour_users_manual.pdf, Page 16 of 16 |

4

| Claim Language | Accused Instrumentality |
|---|---|
| | <br>https://www.cox.com/content/dam/cox/residential/support/tv/images/hd_hdmi.png<br><br>https://www.cox.com/content/dam/cox/residential/support/tv/images/hd_component.png |

| Claim Language | Accused Instrumentality |
|---|---|
|  |  https://www.cox.com/residential/education-center/tv/troubleshooting.html Timestamp: 0:59/1:07 |
| generating an on screen menu on a display device of the television system to allow selection of each of the plurality of input sources that have been identified | In the exemplary case – a menu ("an on screen menu") showing list of input sources is presented on the display. A user is able to select one of the sources ("input sources") from the available menu.<br><br>// Press the 'INPUT' button (may be labeled TV/VIDEO, SOURCE or Antenna) on the TV or the remote control that came with the TV.<br>// Select the option for TV on the menu displayed on the screen. It may be labeled Cable TV, CATV, CAB, Input 1, Video 1, Antenna 1, AV1, HDMI, DVI or another name. Check your TV user manual.<br>https://www.cox.com/content/dam/cox/residential/support/tv/print_media/contour_users_manual.pdf, Page 16 of 16<br><br>**An on screen menu**<br>**A display device of the television system**<br><br>https://www.cox.com/residential/education-center/tv/troubleshooting.html Timestamp: 0:59/1:07 |

| Claim Language | Accused Instrumentality |
|---|---|
| including a display of an input source type or description that was identified wherein an input source on the on screen menu is identified by an input signal, wherein the display is a video content of the content of the input source; | In the exemplary case – the video signals and information related to an identified source is shown on the display of the television system ("a display of an input source type or description"). For example- device connected to HDMI is identified and the associated video content is displayed.<br><br>https://www.cox.com/residential/education-center/tv/troubleshooting.html Timestamp: 0:59/1:07 |
| receiving a user selection of a menu option corresponding to one of the plurality of input signals; and | In the exemplary case – As shown by the yellow highlight mark, a user selection of the HDMI option from the menu ("of a menu option") having multiple input sources.<br><br>// Select the option for TV on the menu displayed<br>   on the screen. It may be labeled Cable TV, CATV,<br>   CAB, Input 1, Video 1, Antenna 1, AV1, HDMI, DVI<br>   or another name. Check your TV user manual.<br>https://www.cox.com/content/dam/cox/residential/support/tv/print_media/contour_users_manual.pdf, Page 16 of 16<br><br>A user selection of a menu option<br><br>https://www.cox.com/residential/education-center/tv/troubleshooting.html Timestamp: 0:59/1:07 |

7

| Claim Language | Accused Instrumentality |
|---|---|
| displaying the input signal on the display device of the television system in response to the user selection. | In the exemplary case – after the user selects HDMI, the video signal ("the input signal") corresponding to input device connected to HDMI is shown on the display of television.<br><br>https://www.cox.com/residential/education-center/tv/troubleshooting.html Timestamp: 0:59 and 1:00/1:07 |